UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| DONALD K. TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:15-CV-270-TAV-HBG |
| | ) | |
| ALCOA, INC., and | ) | |
| HIGHMARK INC., d/b/a, | ) | |
| HIGHMARK BLUE CROSS | ) | |
| BLUE SHIELD, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons stated in the memorandum opinion entered contemporaneously herewith, the Court **OVERRULES** plaintiff's objection to the R&R [Doc. 25], and **DENIES as moot** defendants' contingent objection [Doc. 26]. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 23]. Plaintiff's Motion for Judgment on the Record [Doc. 12] is hereby **DENIED**, and the defendants' Motion for Judgment on the Administrative Record [Doc. 14] is hereby **GRANTED**. The Clerk of Court is directed to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ Debra C. Poplin
CLERK OF COURT